UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. MJ08-181 |
| v. | ) | |
| | ) | |
| IAN OWEN SHARPE, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

   Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing: April 17, 2008.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)    Defendant is a citizen of Canada.

   (2)    An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

   (3)    Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 1

01       (4)     There appear to be no conditions or combination of conditions other than detention

02  that will reasonably assure the defendant's appearance at future Court hearings.

03       IT IS THEREFORE ORDERED:

04       (1)     Defendant shall be detained pending trial and committed to the custody of the

05             Attorney General for confinement in a correctional facility separate, to the extent

06             practicable, from persons awaiting or serving sentences or being held in custody

07             pending appeal;

08       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

09             counsel;

10       (3)     On order of a court of the United States or on request of an attorney for the

11             government, the person in charge of the corrections facility in which defendant is

12             confined shall deliver the defendant to a United States Marshal for the purpose of

13             an appearance in connection with a court proceeding; and

14       (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

15             counsel for the defendant, to the United States Marshal, and to the United States

16             Pretrial Services Officer.

17

18       DATED this 17th day of April, 2008.

19

20                            JAMES P. DONOHUE

21                            United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER                             15.13
18 U.S.C. § 3142(i)                           Rev. 1/91
PAGE 2